GOLF ENTERPRISES, INC.

v.

NEWBERRY TOWNSHIP BOARD
OF SUPERVISORS

v.

Valley Green Residents Organization, Anthony Miller, Mary Miller, LeeAnn Menut, Kenneth Menut, William Hendrickson, Edna Hendrickson, LeAnn Pague, Edward Pague, Stanley Olejarczyk, Nancy Olejarczyk, John Elliott, and Amy Elliott

Petition of: Golf Enterprises, Inc.

No. 355 MAL 2017

Supreme Court of Pennsylvania.

October 12, 2017

### ORDER

PER CURIAM

AND NOW, this 12th day of October, 2017, the Petition for Allowance of Appeal is DENIED.

Marcus JOHNSON, Petitioner

v.

COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY,
Respondent

No. 89 EM 2017

Supreme Court of Pennsylvania.

October 12, 2017

### ORDER

PER CURIAM

AND NOW, this 12th day of October, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.